**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 414 EAL 2016
                                         :
           Respondent           :
                                         :    Petition for Allowance of Appeal from
                                         :    the Order of the Superior Court
            v.                       :
                                         :
                                         :
LARRY D. OLIPHANT,                   :
                                         :
           Petitioner              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.